**Order entered November 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00130-CR

**ROMAN JESSE MENDOZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 26999-422**

## ORDER

The Court **GRANTS** appellant's October 29, 2013 motion to extend time to file his brief.

We **ORDER** appellant's brief filed as of the date of this order.

/s/    LANA MYERS
         JUSTICE